**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6050**

FRANK VIGIL, JR.,

       Plaintiff - Appellant,

    v.

JOHN WALRACH, Assistant Warden; WALTER SWEENY, Unit Manager
B-Building; RANDALL MATHENA, Superintendent and former
Warden of ROSP,

       Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Michael F. Urbanski, District
Judge. (7:15-cv-00063-MFU-RSB)

Submitted: August 31, 2016      Decided: September 29, 2016

Before DUNCAN, AGEE, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Frank Vigil, Jr., Appellant Pro Se.  Mark Rankin Herring,
Attorney General, Laura Haeberle Cahill, OFFICE OF THE ATTORNEY
GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Frank Vigil, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Vigil v. Walrach, No. 7:15-cv-00063-MFU-RSB (W.D. Va. Dec. 10, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED